UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK BELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Judge |
| | ) | |
| P.O. JIM PAOLETTI, #5451, | ) | Magistrate Judge |
| P.O. NICOLE MARANO #19475, | ) | |
| P.O. M. BAKER, #19740, P.O. ALBERT | ) | |
| RANGEL, #5339,Individually and | ) | |
| THE CITY OF CHICAGO, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

**NOW COMES** the Plaintiff, FREDERICK BELL, by and through his attorneys, Gregory E. Kulis & Associates, Ltd. complaining against the Defendants, P.O. Jim Paoletti #5451, P.O. Nicole Marano #19475, P.O. M. Baker #19740, P.O. Albert Rangel #5339, Individually and The City of Chicago, as follows:

### COUNT I - EXCESSIVE FORCE – FAILURE TO INTERVENE

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, FREDERICK BELL, accomplished by acts and/or omissions of the Defendants, P.O. Jim Paoletti #5451, P.O. Nicole Marano #19475, P.O. M. Baker #19740, P.O. Albert Rangel #5339, individually and The City of Chicago,, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, FREDERICK BELL, was at all relevant times, a United States citizen and resident of the State of Illinois.

4. At all relevant times, the Defendants, P.O. Jim Paoletti #5451 and P.O. Nicole Marano #19475, P.O. Baker and P.O. Rangel were duly appointed Chicago Police Officers acting within their scope of employment and under color of law.

5. On or about September 24, 2014, the Plaintiff, FREDERICK BELL, was driving in the vicinity of 7900 block of S. Ingleside in Chicago, Illinois for a traffic stop.

6. The Defendants, P.O. Jim Paoletti #5451 and P.O. Nicole Marano #19475, told the plaintiff to stop and get out of the car which he ultimately complied.

7. The Plaintiff questioned them and asked why he was being stopped.

8. The Defendants, P.O. Jim Paoletti #5451 and P.O. Nicole Marano #19475, grabbed the Plaintiff and in an unreasonable and forceful manner physically attacked him when he was on the ground.

9. Defendants, P.O. Baker and P.O. Rangel joined in on the physical attack upon the Plaintiff or failed to intervene when they had opportunity to do so.

10. The Defendants use of force was unprovoked.

11. The Defendants failed to intervene on the beating of the Plaintiff when they had the opportunity to.

12. Said use of force was excessive and unreasonable.

13. The Plaintiff, FREDERICK BELL, was injured.

14. At all relevant times, the Defendants were acting pursuant to the customs and policies of the Chicago Police Department.

15. The actions of the Defendants were intentional, willful and with malice.

2

16. Said actions of the Defendants, P.O. Jim Paoletti #5451 and P.O. Nicole Marano #19475, P.O. Baker, P.O. Rangel and The City of Chicago violated the Plaintiff, Frederick Bell's, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

17. As a direct and proximate consequence of said conduct of the Defendants, P.O. Jim Paoletti #5451 and P.O. Nicole Marano #19475, P.O. Baker and P.O. Rangel, the Plaintiff, Frederick Bell, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

**WHEREFORE**, the Plaintiff, Frederick Bell, prays for judgment in his favor and against the Defendants, P.O. Jim Paoletti #5451 and P.O. Nicole Marano #19475, P.O. Baker and P.O. Rangel for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II – MALICIOUS PROSECUTION

1-13. The Plaintiff, Frederick Bell, hereby re-alleges and incorporates the allegations of paragraphs 3-15 of Count I as his respective allegations of paragraphs 1-13 of Count II as though fully set forth herein.

16. To cover up the action of excessive force, the Defendants, P.O. Paoletti, P.O. Marano, P.O. Baker and P.O. Rangel charged the Plaintiff with aggravated assault and resisting arrest.

17. The Defendants proceeded with these charges knowing they were false.

18. The Plaintiff had to retain counsel.

19. The Plaintiff went to trial and was found not guilty.

20. As a result of the action of the Defendants, the Plaintiff suffered fear, anxiety, pain and suffering.

3

**WHEREFORE**, the Plaintiff, Frederick Bell, prays for judgment in his favor and against the Defendants, P.O. Jim Paoletti #5451 and P.O. Nicole Marano #19475, P.O. Baker and P.O. Rangel for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT III - CITY OF CHICAGO/INDEMNIFICATION

1-12.    The Plaintiff, Frederick Bell, hereby re-alleges and incorporates the allegations of paragraphs 1-17 of Count I and 1-15 of Count II as his respective allegations of paragraphs 1-12 of Count III as though fully set forth herein.

13.    Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

14.    At all times, P.O. Jim Paoletti #545, P.O. Nicole Marano #19475, P.O. Baker and P.O. Rangel were police officers employed with the City of Chicago who acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should Defendants, P.O. Jim Paoletti #545, P.O. Nicole Marano #19475, P.O. Baker and P.O. Rangel, be found liable for the acts alleged above, the City of Chicago would be liable to pay the Plaintiff any judgment obtained against their Defendants.

## **JURY DEMAND**

The Plaintiff, Frederick Bell, requests trial by jury.

                                             Respectfully submitted,
                                             Frederick Bell


                                             /s/Gregory E. Kulis


**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**